UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CIV-23438-SEITZ/O'SULLIVAN

THE MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a federally-recognized
Indian Tribe,

      Plaintiff,

vs.

DAN BIDDLE,

      Defendant.
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF
TIME TO FILE JOINT SCHEDULING REPORT**

      Plaintiff Miccosukee Tribe of Indians of Florida ("Tribe") hereby moves for an additional forty-five days to file the joint scheduling report, stating as follows:

      1.    On November 10, 2009, the Tribe initiated this action against the defendant Dan Biddle. [DE 1].  Biddle is a citizen and resident of Western Perth, Australia.

      2.    On November 20, 2009, the Tribe provided Biddle with a copy of the complaint and a waiver of service form via Federal Express.  We are still attempting to effectuate service on Biddle and will be filing a motion to extend the time for service.

      3.    Moreover, the parties are currently engaged in settlement discussions to reach an amicable resolution in this matter.   These settlement discussions if successful will alleviate the need for further judicial intervention and resources.

**Lewis Tein** PL
ATTORNEYS AT LAW

3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133

4.      By Order dated January 7, 2010, this Court directed the parties to file a joint scheduling report or, in the alternative, a motion to extend the time to file the joint scheduling report by March 8, 2010.  [DE 5].

5.      Because the Tribe has not effectuated service on Biddle and the parties are engaged in ongoing settlement discussions, the Tribe respectfully requests an additional forty-five (45) day extension of time, or until April 22, 2010, to file the joint scheduling report.

6.      This motion is made in good faith and not for the purpose of delay.

WHEREFORE, the Tribe respectfully requests an additional forty-five (45) day extension of time, or until April 22, 2010, to file the joint scheduling report.

Respectfully submitted,

LEWIS TEIN, P.L.
3059 Grand Avenue, Suite 340
Coconut Grove, Florida 33133
Telephone Number: (305) 442-1101
Facsimile Number: (305) 442-6744

By: */s/ Beau Dasher*
    Guy A. Lewis
    Fla. Bar No. 623740
    lewis@lewistein.com
    Michael R. Tein.
    Fla. Bar No. 993522
    tein@lewistein.com
    Beau R. Dasher
    Fla. Bar No. 0040910
    bdasher@lewistein.com

*Counsel for Plaintiff Miccosukee Tribe of Indians of Florida*

2