UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23438-CIV-SEITZ/O'SULLIVAN

THE MICCOSUKEE TRIBE OF
INDIANS OF FLORIDA,

        Plaintiff,

v.

DAN BIDDLE,

        Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. Upon review of the record, the Court notes that the parties have not filed their Joint Scheduling Report ("JSR"). Pursuant to the Court's January 7, 2010 Order [DE-5], the deadline for filing the JSR was March 8, 2010. The Court then extended that deadline until April 22, 2010, at the request of Plaintiff. The timely filing of a Joint Scheduling Report is invaluable to the Court in the management of its docket and provides the Court with a basis for scheduling all pretrial deadlines and trial of this matter. Further review of the record indicates that Defendant has not yet been served with the Complaint, which was filed on November 10, 2009. Accordingly, it is hereby

ORDERED that by **May 7, 2010**, the Plaintiff shall show good cause why the Court should not dismiss this action for failing to comply with Court orders and for failing to timely serve Defendant. Failure to respond to this Order **shall result in dismissal of this action**

DONE and ORDERED in Miami, Florida, this 27th day of April, 2010.

                                    PATRICIA A. SEITZ
                                    UNITED STATES DISTRICT JUDGE

cc:    All counsel of record