UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CIV-23438-SEITZ/O'SULLIVAN

THE MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a federally-recognized
Indian Tribe,

    Plaintiff,

vs.

DAN BIDDLE,

    Defendant.
_____/

**PLAINTIFF'S RESPONSE TO**
**ORDER TO SHOW CAUSE [DE 8]**

Plaintiff Miccosukee Tribe of Indians of Florida hereby files its response to the Court's Order to Show Cause [DE 8], stating as follows:

The parties have reached a resolution in this matter. A notice of voluntary dismissal will be filed with the Court today.

    Respectfully submitted,

    LEWIS TEIN, P.L.
    3059 Grand Avenue, Suite 340
    Coconut Grove, Florida 33133
    Telephone Number: (305) 442-1101
    Facsimile Number: (305) 442-6744

    By: */s/ Beau R. Dasher*
        Guy A. Lewis
        Fla. Bar No. 623740
        lewis@lewistein.com
        Michael R. Tein.
        Fla. Bar No. 993522
        tein@lewistein.com
        Beau R. Dasher
        Fla. Bar No. 0040910
        bdasher@lewistein.com

*Counsel for Plaintiff Miccosukee Tribe of Indians of Florida*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 4, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

           */s/ Beau R. Dasher*
           Beau R. Dasher

**SERVICE LIST**

Dan Biddle
714 Welshpool Road
Wattle Grove
Perth, Western Australia 6107
*Via U.S. mail*

2

**Lewis Tein** PL
ATTORNEYS AT LAW

3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133